Michael Kluk (Bar No. 99379)
Sherri Rita (Bar No. 206780)
PROTECTION & ADVOCACY, INC.
100 Howe Avenue, Suite 235N
Sacramento, CA  95825
Telephone:  (916) 488-9950
FAX: (916) 488-9960

D. Scott Chang (Bar No. 146403)
Relman & Associates

Andrew Holcombe (Bar No 81922)
Law Office of Andrew T. Holcombe

Evanne O'Donnell (Bar No. 130184)
Legal Services of Northern California

Attorneys for Plaintiffs
(Complete addresses of all counsel on page 3)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ALLIANCE FOR THE MENTALLY ILL, BUTTE COUNTY; MAMIE HAYES<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OROVILLE,  MAYOR GORDON ANDOE, in his official capacity, VICE MAYOR ART HATLEY, in his official capacity, COUNCIL MEMBER JACK BERRY, in his official capacity, COUNCIL MEMBER SUE CORKIN, in her official capacity, COUNCIL MEMBER STEVEN JERNIGAN, in his official capacity, COUNCIL MEMBER AL KOSLIN, in his official capacity, COUNCIL MEMBER AL SIMPSON, in his official capacity,  CITY OF OROVILLE PLANNING COMMISSION, COMMISSIONER JOYCE GAZA, in her individual and official capacity, COMMISSIONER BRET LAWSON, in his official capacity, COMMISSIONER DAMON ROBISON, in his official capacity, COMMISSIONER DAVID BIRD, in | **CASE NO. CIV. S-03-1087-DFL GGH**<br><br>STIPULATION AND ORDER FOR STAY OF CASE |

| | |
|---|---|
| 1 | his official capacity, COMMISSIONER ) |
| | THIL WILCOX, in her official ) |
| 2 | capacity, COUNTY OF BUTTE, ) |
| | SUPERVISOR ROBERT BEELER, in ) |
| 3 | his official capacity, SUPERVISOR ) |
| | JANE DOLAN, in her official capacity, ) |
| 4 | SUPERVISOR MARY ANNE HOUX, ) |
| | in her official capacity, SUPERVISOR ) |
| 5 | CURT JOSIASSEN, in his official ) |
| | capacity, SUPERVISOR KIM ) |
| 6 | YAMAGUCHI, in his official capacity, ) |
| | BUTTE COUNTY BEHAVIORAL ) |
| 7 | HEALTH, BRADFORD LUZ, Butte ) |
| | County Behavioral Health Director, in ) |
| 8 | his official capacity ) |
| | Defendants. ) |
| 9 | ) |

**Counsel**

D. Scott Chang (Bar No. 146403)
Relman & Associates
1225 19th St. NW Ste 600
Washington, DC 20036-2409
Telephone: (202) 728-1888
FAX: (202) 728-0848

Andrew Holcombe (Bar No 81922)
Law Office of Andrew T. Holcombe
1339 Esplanade
Chico, CA 95926
Telephone: (530) 345-5442
FAX: (530) 893-0133

Evanne O'Donnell (Bar No. 130184)
Legal Services of Northern California
541 Normal Avenue
P.O. Box 3728
Chico, CA 95927-3728
Telephone: (530) 345-9491
FAX: (530) 345-6913

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN |
| 2 | Plaintiffs NATIONAL ALLIANCE FOR THE MENTALLY ILL and MAMIE |
| 3 | HAYES and Defendants CITY OF OROVILLE, GORDON ANDOE, ART |
| 4 | HATLEY, JACK BERRY, SUE CORKIN, STEVEN JERNIGAN, AL KOSLIN, AL |
| 5 | SIMPLSON, CITY OF OROVILLE PLANNING COMMISSION, JOYCE GAZA, |
| 6 | BRET DAWSON, DAMON ROBISON, DAVID BIRD, THIL WILCOX COUNTY |
| 7 | OF BUTTE, supervisors ROBERT BEELER, JANE DOLAN, MARY ANNE HOUX, |
| 8 | CURT JOSIASSEN, KIM YAMAGUCHI, BRADFORD LUZ and BUTTE |
| 9 | COUNTY BEHAVIORAL HEALTH that the above-entitled action be stayed with |
| 10 | respect to all further proceedings until December 15, 2005.  The parties further agree |
| 11 | that any and all Pre-trial Scheduling dates and deadlines which are currently in effect |
| 12 | be vacated, to be reset in the event it becomes necessary to reactivate this matter at the |
| 13 | time the Stay expires. |
| 14 | This case is currently stayed until September 15, 2005.  This Stipulation |
| 15 | ad Order is being submitted to the district Court based on the good faith belief of the |
| 16 | parties that  an additional stay is reasonable and necessary to allow the parties |
| 17 | sufficient time to resolve this matter.  The parties engaged in multiple Settlement |
| 18 | Conferences before the Honorable Lawrence K. Karlton, and have signed settlement |
| 19 | agreements that call for dismissal of this case upon completion of specified |
| 20 | contingencies. Because of matters beyond the parties' control, some of the |
| 21 | contingencies have not yet all been completed and, in one instance, are being |
| 22 | renegotiated.  The parties believe in good faith that there is a high likelihood this |
| 23 | matter will be resolved if provided the additional time provided by the stay of this |
| 24 | proceeding set forth above. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| DATED: 09/14/05 | PROTECTION & ADVOCACY, INC. |
| | by: /s/ Michael Kluk |
| | Michael Kluk |
| | Attorneys for Plaintiffs NATIONAL ALLIANCE FOR THE MENTALLY ILL, BUTTE COUNTY; MAMIE HAYES |
| DATED: 09/14/05 | ANGELO, KILDAY & KILDUFF |
| | By: /s/ Douglas R. Thorn |
| | Douglas R. Thorn |
| | Attorneys for Defendants CITY OF OROVILLE, GORDON ANDOE, ART HATLEY, JACK BERRY, SUE CORKIN, STEVEN JERNIGAN, AL KOSLIN, AL SIMPSON, CITY OF OROVILLE PLANNING COMMISSION, JOYCE GAZA, BRET DAWSON, DAMON ROBISON, DAVID BIRD, and THIL WILCOX |
| DATED: 09/14/05 | By: /s/ Terence J. Cassidy |
| | Terence J. Cassidy |
| | Attorneys for Defendants COUNTY OF BUTTE, SUPERVISORS ROBERT BEELER, JANE DOLAN, MARY ANNE HOUX, CURT JOSIASSEN, KIM YAMAGUCHI; BRADFORD LUZ and BUTTE COUNTY BEHAVIORAL HEALTH |

IT IS SO ORDERED.

Dated: 9/16/2005

/s/ David F. Levi
DAVID F. LEVI
United States District Judge